**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ Division

In re   Washington Motorcars, Inc.

Debtor(s)

Case No.   18-10046-BFK

Chapter   7

## ORDER OF DESIGNATION

An order for relief under Title 11 U.S.C., Chapter _7_ having been entered on the petition filed in this case on _01/04/2018_____; it is, therefore

**ORDERED** that _Ainul Aaquib Faruqui, President_ is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

**ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.

Date:  _Jan 12 2018_____

/s/ Brian F. Kenney_____
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
 Jan 12 2018_____

[ver. 12/03]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 18-10046-BFK
Washington Motorcars, Inc.                                              Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9           User: shepherda            Page 1 of 1            Date Rcvd: Jan 12, 2018
                               Form ID: pdford9           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
desig          Ainul Aaquib Faruqui,    9812 Potomac Falls Rd Ste 114,    Potomac, MD  20854

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2018 at the address(es) listed below:
              Amir  Raminpour    on behalf of Debtor    Washington Motorcars, Inc. araminpour@swsrlaw.com,
               amal@swsrlaw.com
              H. Jason Gold     jason.gold@nelsonmullins.com,
               VA19@ecfcbis.com;jgold@ecf.epiqsystems.com;hjg@trustesolutions.net;robert.ours@nelsonmullins.com;
               lori.stewart@nelsonmullins.com
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
                                                                                             TOTAL: 3